IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA ) CRIMINAL NO.

v. ) CR 07 124-01T

JOHN P. PERRAS
DAVID G. CHAVEZ
JASON M. TURCIOS
KAREN M. LYNCH
MATTHEW M. DOMENICONE
APRIL L. MORETTI
SAFFIYAH ABDULLAH

In violation of:
18 U.S.C. § 1349 - Bank Fraud Conspiracy
18 U.S.C. § 1344 & 2 - Bank Fraud

FILED
SEP 26 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE GRAND JURY CHARGES THAT:

COUNT I

Introduction

At all times relevant to this indictment:

1. Citizens Bank of Rhode Island ("Citizens Bank") was a financial institution doing business in the District of Rhode Island. The deposits of this financial institution were federally insured by the Federal Deposit Insurance Corporation.

2. The following accounts were maintained at Citizens Bank:

| ACCOUNT NAME | ACCOUNT NUMBER |
|---|---|
| Law Office of Sonja B. Selami | XXXXXX0204 |
| The Computer Merchant, Ltd. | XXXXXX9730 |
| Capital City Concrete, Inc. | XXXX2612 |
| Phoenix Donuts, Inc. | XXXX9552 |
| Capital Trust | XXXXXX0172 |

3. JOHN P. PERRAS did not have signature authority over any of the accounts described in paragraph 2, nor did he have

authorization to make or sign checks on behalf of the account holders listed in paragraph 2.

4. It was the practice of Citizens Bank to make the funds available on the first business day following the banking day of deposit when a Citizens Bank account holder deposited into his account a check drawn on an account held by Citizens Bank. When a non-account holder negotiated a check drawn on an account held by Citizens Bank, it was the practice of Citizens Bank to cash such checks immediately.

## Objectives of the Conspiracy

5. Beginning on a date unknown and continuing until on or about August 7, 2007, in the District of Rhode Island, the defendants,

JOHN P. PERRAS,
DAVID G. CHAVEZ,
JASON M. TURCIOS,
KAREN M. LYNCH,
MATTHEW M. DOMENICONE,
APRIL L. MORETTI,
SAFFIYAH ABDULLAH,

and others known and unknown to the grand jury, knowingly, willfully, and unlawfully combined, conspired and agreed together and with each other to commit Bank Fraud, by knowingly executing and attempting to execute a scheme and artifice to defraud Citizens Bank and to obtain moneys, funds, assets, and other property owned by, and under the custody and control of Citizens Bank, by means of false and fraudulent pretenses,

representations, and promises, in violation of Title 18, United States Code, Section 1344.

Manner and Means of the Conspiracy

6. It was part of the conspiracy and the scheme to defraud that DAVID G. CHAVEZ, an employee of Citizens Bank, provided JOHN P. PERRAS with customer account names, bank account numbers, check numbers and the current account balance ("the victim accounts").

7. It was further part of the conspiracy and the scheme to defraud that JOHN P. PERRAS used the information provided to him by DAVID G. CHAVEZ to manufacture checks and forge the account holders' signatures, creating checks which falsely purported to be made by the true owners of the victim accounts ("the fraudulent checks").

8. It was further part of the conspiracy and the scheme to defraud that SAFFIYAH ABDULLAH possessed a Dell Computer, serial number 2D66W11, that she allowed JOHN P. PERRAS to use knowing that JOHN P. PERRAS was using her computer to make the fraudulent checks.

9. It was further part of the conspiracy and the scheme to defraud that JASON M. TURCIOS possessed a Tsunami Dream Computer that he allowed JOHN P. PERRAS to use knowing that JOHN P. PERRAS was using his computer to make the fraudulent checks.

10. It was further part of the conspiracy and the scheme to defraud that JOHN P. PERRAS paid DAVID G. CHAVEZ for the victim account information he provided and used the information to produce the fraudulent checks made payable to JASON M. TURCIOS, KAREN M. LYNCH, MATTHEW M. DOMENICONE, APRIL L. MORETTI, SAFFIYAH ABDULLAH and others.

11. It was further part of the conspiracy and the scheme to defraud that JASON M. TURCIOS, KAREN M. LYNCH, APRIL L. MORETTI, SAFFIYAH ABDULLAH, MATTHEW M. DOMENICONE, and JOHN P. PERRAS, through materially false pretenses and representations, attempted to negotiate, negotiated, or caused the fraudulent checks to be deposited at different branches of Citizens Bank in the District of Rhode Island, knowing these checks to be fraudulent.

12. It was further part of the conspiracy and the scheme to defraud that when JASON M. TURCIOS, KAREN M. LYNCH, APRIL L. MORETTI, and others negotiated the fraudulent checks made by JOHN P. PERRAS, they paid JOHN P. PERRAS money.

All in violation of Title 18, United States Code, Section 1349.

COUNT II - COUNT XIV

13. The allegations contained in paragraphs 1 through 12 are repeated and realleged as though fully set forth herein.

14. From on or about June 22, 2007, and continuing to on or about June 29, 2007, in the District of Rhode Island, the

defendants, JOHN P. PERRAS, DAVID G. CHAVEZ, and APRIL L. MORETTI, did knowingly and intentionally execute and attempt to execute a scheme and artifice to defraud Citizens Bank, and to obtain monies and funds owned by and under the custody and control of Citizens Bank, by means of false and fraudulent pretenses, representations, and promises.

15. On or about each of the dates listed below, as to the enumerated counts, in the District of Rhode Island, defendants JOHN P. PERRAS, DAVID G. CHAVEZ, and APRIL L. MORETTI, for the purpose of executing the aforesaid scheme and artifice to defraud and to fraudulently obtain monies and funds from Citizens Bank, did knowingly and intentionally cause the following fraudulent checks to be negotiated at Citizens Bank:

| **Count** | **Date** | **Check No.** | **Amount** | **Account Name** |
|---|---|---|---|---|
| 2 | June 22, 2007 | 10240 | $624.63 | Phoenix Donuts, Inc. |
| 3 | June 22, 2007 | 10241 | $524.63 | Phoenix Donuts, Inc. |
| 4 | June 22, 2007 | 10242 | $524.63 | Phoenix Donuts, Inc. |
| 5 | June 22, 2007 | 10243 | $656.87 | Phoenix Donuts, Inc. |
| 6 | June 22, 2007 | 10245 | $631.63 | Phoenix Donuts, Inc. |
| 7 | June 22, 2007 | 10246 | $628.83 | Phoenix Donuts, Inc. |
| 8 | June 22, 2007 | 10252 | $428.83 | Phoenix Donuts, Inc. |

| | | | | |
|---|---|---|---|---|
| 9 | June 22, 2007 | 10253 | $616.81 | Phoenix Donuts, Inc. |
| 10 | June 22, 2007 | 10254 | $566.13 | Phoenix Donuts, Inc. |
| 11 | June 22, 2007 | 10255 | $426.53 | Phoenix Donuts, Inc. |
| 12 | June 28, 2007 | 675510 | $5,000.00 | Capital City Concrete, Inc. |
| 13 | June 29, 2007 | 675511 | $5,000.00 | Capital City Concrete, Inc. |
| 14 | June 29, 2007 | 675512 | $5,000.00 | Capital City Concrete, Inc. |

Each in violation of Title 18, United States Code, Sections 1344 and 2.

<u>COUNT XV - IXX</u>

16. The allegations contained in paragraphs 1 through 12 are repeated and realleged as though fully set forth herein.

17. From on or about July 23, 2007, and continuing to on or about August 2, 2007, in the District of Rhode Island, the defendants, JOHN P. PERRAS, DAVID G. CHAVEZ, and KAREN M. LYNCH, did knowingly and intentionally execute and attempt to execute a scheme and artifice to defraud Citizens Bank, and to obtain monies and funds owned by and under the custody and control of Citizens Bank, by means of false and fraudulent pretenses, representations, and promises.

18. On or about each of the dates listed below, as to the enumerated counts, in the District of Rhode Island, defendants JOHN P. PERRAS, DAVID G. CHAVEZ, and KAREN M. LYNCH, for the

purpose of executing the aforesaid scheme and artifice to defraud and to fraudulently obtain monies and funds from Citizens Bank, did knowingly and intentionally cause the following checks to be negotiated at Citizens Bank:

| **Count** | **Date** | **Check No.** | **Amount** | **Account Name** |
|---|---|---|---|---|
| 15 | July 26, 2007 | 8467 | $4,000.00 | Law Office of Sonja B. Selami |
| 16 | July 26, 2007 | 8473 | $3,800.00 | Law Office of Sonja B. Selami |
| 17 | July 26, 2007 | 8474 | $2,600.00 | Law Office of Sonja B. Selami |
| 18 | August 2, 2007 | 7988 | $3,800.00 | Capital Trust |
| 19 | August 2, 2007 | 7991 | $2,600.00 | Capital Trust |

Each in violation of Title 18, United States Code, Sections 1344 and 2.

COUNT XX

19. The allegations contained in paragraphs 1 through 12 are repeated and realleged as though fully set forth herein.

20. On or about July 23, 2007, in the District of Rhode Island, the defendants, JOHN P. PERRAS, DAVID G. CHAVEZ, and MATTHEW M. DOMENICONE, did knowingly and intentionally attempt to execute a scheme and artifice to defraud Citizens Bank, and to obtain monies and funds owned by and under the custody and control of Citizens Bank, by means of false and fraudulent pretenses, representations, and promises.

21. On or about July 23, 2007, in the District of Rhode Island, defendants JOHN P. PERRAS, DAVID G. CHAVEZ, and MATTHEW M. DOMENICONE, for the purpose of executing the aforesaid scheme and artifice to defraud and to fraudulently obtain monies and funds from Citizens Bank, did knowingly and intentionally attempt to negotiate fraudulent check number 114461, in the amount of $3,000.00, to be drawn on account number XXXXXX9730, which was in the name of The Computer Merchant, Ltd..

All in violation of Title 18, United States Code, Sections 1344 and 2.

<u>COUNT XXI - XXIV</u>

22. The allegations contained in paragraphs 1 through 12 are repeated and realleged as though fully set forth herein.

23. From on or about July 23, 2007, and continuing to on or about August 2, 2007, in the District of Rhode Island, the defendants, JOHN P. PERRAS, DAVID G. CHAVEZ, and JASON M. TURCIOS, did knowingly and intentionally execute and attempt to execute a scheme and artifice to defraud Citizens Bank, and to obtain monies and funds owned by and under the custody and control of Citizens Bank, by means of false and fraudulent pretenses, representations, and promises.

24. On or about each of the dates listed below, as to the enumerated counts, in the District of Rhode Island, defendants JOHN P. PERRAS, DAVID G. CHAVEZ, and JASON M. TURCIOS, for the

purpose of executing the aforesaid scheme and artifice to defraud and to fraudulently obtain monies and funds from Citizens Bank, did knowingly and intentionally cause and attempt to cause the following checks to be negotiated at Citizens Bank:

| Count | Date | Check No. | Amount | Account Name |
|---|---|---|---|---|
| 21 | July 25, 2007 | 8469 | $2,800.00 | Law Office of Sonja B. Selami |
| 22 | July 25, 2007 | 8470 | $3,500.00 | Law Office of Sonja B. Selami |
| 23 | July 26, 2007 | 8471 | $3,200.00 | Law Office of Sonja B. Selami |
| 24 | July 30, 2007 | 8492 | $4,000.00 | Law Office of Sonja B. Selami |

Each in violation of Title 18, United States Code, Sections 1344 and 2.

COUNT XXV

25. The allegations contained in paragraphs 1 through 12 are repeated and realleged as though fully set forth herein.

26. On or about July 26, 2007, in the District of Rhode Island, the defendants, JOHN P. PERRAS, DAVID G. CHAVEZ, and SAFFIYAH ABDULLAH, did knowingly and intentionally attempt to execute a scheme and artifice to defraud Citizens Bank and Wave Federal Credit Union, a financial institution federally insured by the National Credit Union Share Insurance Fund, and to obtain monies and funds owned by and under the custody and control of Citizens Bank and Wave Federal Credit Union, by means of false and fraudulent pretenses, representations, and promises.

27. On or about July 27, 2007, in the District of Rhode Island, defendants JOHN P. PERRAS, DAVID G. CHAVEZ, and SAFFIYAH ABDULLAH, for the purpose of executing the aforesaid scheme and artifice to defraud and to fraudulently obtain monies and funds from Citizens Bank and Wave Federal Credit Union, did knowingly and intentionally deposit into her account at Wave Federal Credit Union, fraudulent check number 8468, drawn on the Citizens Bank account of Law Office of Sonja B. Selami, in the amount of $9,500.00.

All in violation of Title 18, United States Code, Sections 1344 and 2.

COUNT XXVI

28. The allegations contained in paragraphs 1 through 12 are repeated and realleged as though fully set forth herein.

29. On or about August 2, 2007, in the District of Rhode Island, the defendants, JOHN P. PERRAS, DAVID G. CHAVEZ, and others known and unknown to the grand jury, did knowingly and intentionally execute a scheme and artifice to defraud Citizens Bank, and to obtain monies and funds owned by and under the custody and control of Citizens Bank, by means of false and fraudulent pretenses, representations, and promises.

30. On or about August 2, 2007, in the District of Rhode Island, defendants JOHN P. PERRAS and DAVID G. CHAVEZ, for the purpose of executing the aforesaid scheme and artifice to defraud

and to fraudulently obtain monies and funds from Citizens Bank, did knowingly and intentionally cause fraudulent check number 7995, drawn on the account of Capital Trust, in the amount of $22,000.00, to be deposited in the account of a Citizens Bank account holder.

All in violation of Title 18, United States Code, Sections 1344 and 2.

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

SANDRA R. BECKNER
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief

Dated: 9/26/07