# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. CR 07-124-06T***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **April Moretti**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **4th** day of **October, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**Please Have Defendant at Courthouse for 9:00 a.m.**

I hereby ... the within nam...

Deputy ... Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: October 3, 2007.

David A. DiMarzio, Clerk

Arraignment

***By*** ___________________
***Martha Saucier - Deputy Clerk***