Entered into JDIS by 1392598

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
SEP 26 2007
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

APRIL L. MORETTI

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-124-06T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest APRIL L. MORETTI
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO COMMIT BANK FRAUD
BANK FRAUD

in violation of Title 18 United States Code, Section(s) 1349, 1344&2

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

September 26, 2007, Providence, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 09/26/07 | NAME AND TITLE OF ARRESTING OFFICER CO Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 10/04/07 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.