AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
DEC 10 2007
District of Rhode Island

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

APRIL L. MORETTI

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-124-06T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest APRIL L. MORETTI
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation on Conditions of Pretrial Services Release

in violation of Title 18 United States Code, Section(s) 3154(5)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

December 10, 2007, Providence, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Gosnold Treatment Center, Falmouth, MA | | |
| DATE RECEIVED 12/10/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/10/07 | Charles Wyatt SDUSM | [signature] |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.